## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| QUORUM HEALTH CORPORATION, | ) | Bankruptcy Case No. 20-10766-BLS |
| | ) | Bankr. BAP No. 24-0005 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| COMMUNITY HEALTH SYSTEMS, INC., | ) | |
| CHS/COMMMUNITY HEALTH | ) | |
| SYSTEMS, INC., REVENUE CYCLE | ) | |
| SERVICE CENTER, LLC, CHSPSC, LLC, | ) | |
| PROFESSIONAL ACCOUNT SERVICES, | ) | |
| INC., PHYSICIAN PRACTICE SUPPORT, | ) | |
| LLC, ELIGIBILITY SCREENING | ) | |
| SERVICES, LLC, W. LARRY CASH and | ) | |
| RACHEL SEIFERT, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-227-GBW |
| | ) | |
| DANIEL H. GOLDEN, AS LITIGATION | ) | |
| TRUSTEE OF THE QHC LITIGATION | ) | |
| TRUST and WILMINGTON SAVINGS | ) | |
| FUND SOCIETY, FSB, SOLELY IN ITS | ) | |
| CAPACITY AS INDENTURE TRUSTEE, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **19th day of March 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from

1

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

| | |
|---|---|
| Appellants' Brief: | Within ten (10) days of the entry of any Order Granting Motion for Leave to Appeal, Appellants shall file an Opening Brief. |
| Appellees' Answering Brief: | Within ten (10) days of the filing of Appellants' Opening Brief, Appellees shall file an Answering Brief. |
| Appellants' Reply Brief: | Within five (5) days of the filing of Appellee's Answering Brief, Appellants may file a Reply Brief. |

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE